UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff             )<br>                                 )<br>      v.                         )<br>                                 )<br>MARCELO CHAVEZ-MONTEZ,           )<br>                                 )<br>            Defendant            )<br>_____) | 1:04-cr-5063 OWW<br><br><br><br><br>ORDER DISMISSING PETITION |

    The above-named defendant having been sentenced in case 1:03-cr-5408, IT IS HEREBY ORDERED that the petition for violation of supervised release is dismissed.

Dated: August 2, 2005            /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1